**Roger BYRD; Herman Junior Byrd, Petitioners—Appellants,**

v.

**UNITED STATES of America, Respondent—Appellee.**

No. 04–7286.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 7, 2004.

Decided Oct. 15, 2004.

Roger Byrd, Herman Junior Byrd, Appellants pro se. Gretchen C.F. Shappert, United States Attorney, Charlotte, North Carolina, for Appellee.

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Roger Byrd and Herman Junior Byrd appeal the district court's order denying

their motions for judicial notice and to join the defendants. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Byrd v. United States,* No. CA-04-77 (W.D.N.C. July 7, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*